## TOM HAMMETT v. STATE.

No. A-7160. Opinion Filed Oct. 26, 1929.
(281 Pac. 1117.)

King & Crawford, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted in the county court of Pontotoc county on a charge of

having the unlawful possession of whisky, and was sentenced to pay a fine of $50 and to serve 30 days in the county jail.

Judgment was rendered in May, 1928, and the appeal was lodged in this court in September, 1928. No briefs in support of the appeal have been filed. The evidence sustains the judgment. No material error is apparent.

The case is affirmed.